UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR DAVID ANDRADE, ) | NO. SACV 08-01149 AHS (SS) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| ANTHONY HEDGPETH, Warden, ) | |
| Respondent. ) | |

   Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   March 16, 2011

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE